THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO PORCH, | : |
|     Plaintiff, | : |
| vs. | :    CIVIL ACTION 05-0667-BH-C |
| DONAL CAMPBELL, et al., | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint, as asserted by Rapper Tracy Allen, be and is hereby **DISMISSED with prejudice**.

**DONE** this 9th day of May, 2007.

                                                    s/ W. B. Hand
                                       SENIOR DISTRICT JUDGE